# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12167

_____

WILLIAM O. FULLER,
MARTIN A. PINILLA, II,

                                           Plaintiffs-Appellees,

*versus*

JOE CAROLLO,

                                           Defendant-Appellant,

JOHN DOES 1-10, et al.,

                                           Defendants.


_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:18-cv-24190-RS

_____

ORDER:

"Appellees' Motion for Relief or for Extension of Time," requesting that the Court suspend 11th Cir. R. 30-1(d) and waive the filing of three additional paper copies of the supplemental appendix, is DENIED. Appellees' alternate motion for a ten-day extension of time to file the paper copies is GRANTED. Appellees are DIRECTED to file, within ten (10) days of the date of this Order, the required additional three paper copies of their supplemental appendix.

/s/ Jill Pryor
UNITED STATES CIRCUIT JUDGE